644 F.2d 540
 Roy P. McDONALD, Plaintiff-Appellant,
v.
SUN OIL COMPANY (DELAWARE), Defendant-Appellee.
 No. 78-2013
 
 Summary Calendar.
 United States Court of Appeals,
Fifth Circuit.
 May 8, 1981.
 Nelson J. Cantrelle, Jr., Gretna, La., for plaintiff-appellant.
 Bienvenu, Foster, Ryan & O'Bannon, Hugh M. Glenn, Jr., Michael R. Sistrunk, New Orleans, La., for Sun Oil Co. (Delaware).
 Before BROWN, TJOFLAT and FRANK M. JOHNSON, Jr., Circuit Judges.
 
 BY THE COURT:
 ORDER TO DISMISS
 
 1
 The case, 631 F.2d 1263, having been dismissed by settlement, the appeal is also dismissed.